B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>NORTHERN DISTRICT OF ILLINOIS<br>WESTERN DIVISION (ROCKFORD) | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hillstrom, Antonia Lynn** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**aka Tonia Hillstrom; aka Tonya Hillstrom; aka Tania Hillstrom** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
OCT 30 2013

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>**xxx-xx-1675** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. and Street, City, and State):<br>**4616 W Wonder Lake Drive**<br>**Wonder Lake IL 60097**<br><br>ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):<br>**KENNETH S. GARDNER, CLERK**<br>**DEPUTY CLERK - LD**<br><br>ZIP CODE |
|---|---|

| County of Residence or of the Principal Place of Business:<br>**McHenry** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |
|---|---|

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (04/13)                                                                                                Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):   **Antonia Lynn Hillstrom** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** _____<br>                                                                Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☒  No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>    ☒  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.<br><br>If this is a joint petition:<br>    ☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)). |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2013 (Build 9.5.0.2, ID 3276499048)*

B1 (Official Form 1) (04/13)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Antonia Lynn Hillstrom** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *Antonia Hillstrom*<br>   Antonia Lynn Hillstrom<br><br>X<br>   *936.676.6650*<br>   Telephone Number (If not represented by attorney)<br>   **10/23/2013**<br>   Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X<br>   (Signature of Foreign Representative)<br><br><br>   (Printed Name of Foreign Representative)<br><br><br>   Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X **Debtor not represented by attorney**<br>   Bar No.<br><br><br><br>Phone No._____ Fax No._____<br><br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Andria Guerra**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>**336.56.3022**<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br><br>X<br>   Signature of Authorized Individual<br><br><br>   Printed Name of Authorized Individual<br><br><br>   Title of Authorized Individual<br><br><br>   Date | **15028 Cicero Avenue**<br>**Suite C**<br>**Oak Forest, IL  60452**<br>Address<br>X *Andria Guerra*<br>   **10/23/2013**<br>   Date<br>Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B 1D (Official Form 1, Exhibit D) (12/09) **UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

In re:   Antonia Lynn Hillstrom                                          Case No. _____

                                                                                                    (if known)

          Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.  *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.  *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)   **UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)**

In re:   **Antonia Lynn Hillstrom**                                    Case No. _____

                                                                              (if known)

                Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐ 4. I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *Antonia Hillstrom*
                                    Antonia Lynn Hillstrom

Date: _____**10/23/2013**_____

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION (ROCKFORD)

In re  **Antonia Lynn Hillstrom**

Case No.

Chapter    **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $295.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | $52,861.11 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $210.89 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $460.00 |
| TOTAL | | 22 | $295.00 | $52,861.11 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

In re  **Antonia Lynn Hillstrom**

Case No.

Chapter  **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $210.89 |
| Average Expenses (from Schedule J, Line 18) | $460.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $404.64 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $52,861.11 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $52,861.11 |

B6A (Official Form 6A) (12/07)

In re  **Antonia Lynn Hillstrom**                                          Case No. _____

                                                                                            (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Antonia Lynn Hillstrom**                                    Case No. _____

                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | - | $5.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Personal clothing, shoes, coats | - | $50.00 |
| 7. Furs and jewelry. | | Jewelry | - | $200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Antonia Lynn Hillstrom**                          Case No. _____

                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Antonia Lynn Hillstrom**                               Case No. _____

                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Antonia Lynn Hillstrom**                          Case No. _____

                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer | - | $40.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

                              ___3___  continuation sheets attached     **Total >**     | $295.00 |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **Antonia Lynn Hillstrom**                                              Case No. _____
                                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐   Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                      $155,675.*

☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Cash | | $5.00 | $5.00 |
| Personal clothing, shoes, coats | | $50.00 | $50.00 |
| Jewelry | | $200.00 | $200.00 |
| Computer | | $40.00 | $40.00 |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | $295.00 | $295.00 |

B6D (Official Form 6D) (12/07)

In re  **Antonia Lynn Hillstrom**                                    Case No. _____

                                                                                     (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  | Subtotal (Total of this Page) > |  |  |  | $0.00 | $0.00 |
|  |  |  | Total (Use only on last page) > |  |  |  | $0.00 | $0.00 |

_____ **No** _____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re **Antonia Lynn Hillstrom**                                              Case No. _____

                                                                                            (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____ **No** _____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Antonia Lynn Hillstrom**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxx8774<br>**Alamosa Public Library**<br>**300 Hunt Ave**<br>**Alamosa, CO  81101** | | - | DATE INCURRED: **10/2008**<br>CONSIDERATION:<br>**Fees**<br>REMARKS: | | | | $192.00 |
| ACCT #: x xxxxxtrom<br>**Angelina County WCID #3**<br>**POB 1864**<br>**Lufkin TX 75902.1864** | | - | DATE INCURRED: **04/2010**<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | $198.00 |
| ACCT #: xxxx9705<br>**Asset Acceptance Corp**<br>**PO Box 2036**<br>**Warren, MI 48090-2036** | | - | DATE INCURRED: **10/2007**<br>CONSIDERATION:<br>**Collecting for - Nicor Gas**<br>REMARKS: | | | | $1,664.45 |
| ACCT #: xxxxxxxxxxxxxx1999<br>**Camino Real Emergency Physicians**<br>**1717 Highway 59 Loop N**<br>**Livingston TX 77351** | | - | DATE INCURRED: **06/05/2010**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $1,127.00 |
| ACCT #: xxxxxxxxxx-x0001<br>**Centegra Hospital - McHenry**<br>**PO Box 1447**<br>**Woodstock, IL 60098-1447** | | - | DATE INCURRED: **01/01/2005**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS:<br>**3719.50 mch - 3 diff bills**<br>**01216300455-0001 - $668** | | | | $6,795.00 |
| ACCT #: xxxxxxxxxx-0001<br>**Centegra Hospital - McHenry**<br>**PO Box 1447**<br>**Woodstock, IL 60098-1447** | | - | DATE INCURRED: **01/01/2005**<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $1,026.75 |

Subtotal > $11,003.20

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

____9____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonia Lynn Hillstrom**                                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxx-0001 <br> **Centegra Hospital - McHenry** <br> **PO Box 1447** <br> **Woodstock, IL 60098-1447** | | - | DATE INCURRED:  **09/21/2005** <br> CONSIDERATION: <br> **Medical Bill** <br> REMARKS: | | | | $1,087.75 |
| ACCT #:  xxxxxxxxxx-0001 <br> **Centegra Hospital - McHenry** <br> **PO Box 1447** <br> **Woodstock, IL 60098-1447** | | - | DATE INCURRED:  **09/20/2006** <br> CONSIDERATION: <br> **Medical Bill** <br> REMARKS: | | | | $1,605.00 |
| ACCT #: <br> **Centegra Hospital - McHenry** <br> **PO Box 1447** <br> **Woodstock, IL 60098-1447** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Medical Bill** <br> REMARKS: | | | | $0.00 |
| ACCT #:  x1153 <br> **City of Hudson** <br> **201 Mt.Carmel** <br> **Hudson, TX 75904** | | - | DATE INCURRED:  1/2011 <br> CONSIDERATION: <br> **Fees** <br> REMARKS: *TICKET # 01153* | | | | $529.00 |
| ACCT #:  xx9437 <br> **City of Lufkin** <br> **PO Box 118312** <br> **Carrollton, TX 75011-8312** | | - | DATE INCURRED:  5/2011 <br> CONSIDERATION: <br> **Fees** *case #'s* <br> REMARKS: *T 08/11-08-0 T 08/10-08-0* | | | | $531.70 |
| ACCT #:  xx-xxxxx6996 <br> **City of Lufkin** <br> **PO Box 118312** <br> **Carrollton, TX 75011-8312** | | - | DATE INCURRED:  7/2009 <br> CONSIDERATION: <br> **Fees** <br> REMARKS: | | | | $100.00 |

Sheet no. ___1___ of ___9___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $3,853.45

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonia Lynn Hillstrom**                                                      Case No. _____

                                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx7407<br>**Collectech Systems**<br>**POB 361567**<br>**Columbus OH 43236** | | - | DATE INCURRED:  **07/2010**<br>CONSIDERATION:<br>**Collecting for - Directv**<br>REMARKS: | | | | $171.13 |
| ACCT #:  x xxxxxtrom<br>**Comed**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0002** | | - | DATE INCURRED:  **01/2007**<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | $360.36 |
| ACCT #:  xxx6803<br>**Credit Service Co**<br>**POB 1120**<br>**Colorado Springs CO 80901** | | - | DATE INCURRED:  **01/2008**<br>CONSIDERATION:<br>**Collecting for -Medical Payment Data**<br>REMARKS: | | | | $2,172.00 |
| ACCT #:  x. xxxxxtrom<br>**Direct Counseling**<br>**400 Russel Court**<br>**Woodstock, IL 60098** | | - | DATE INCURRED:  **11/2006**<br>CONSIDERATION:<br>**Fee**<br>REMARKS: | | | | $80.00 |
| ACCT #:  xxxx3421<br>**Direct TV**<br>**Payment Center**<br>**PO Box 78626**<br>**Phoenix, AZ 85062.8626** | | - | DATE INCURRED:  **07/2010**<br>CONSIDERATION:<br>**Utility**<br>REMARKS: | | | | $171.13 |
| ACCT #:  xxxxxxxxxxxx8291<br>**Durango Credit & Coll**<br>**3050 Main**<br>**Durango CO 81301** | | - | DATE INCURRED:  **05/2008**<br>CONSIDERATION:<br>**Collecting for -Medical Payment Data**<br>REMARKS: | | | | $202.00 |

Sheet no. _____2_____ of _____9_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $3,156.62

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Antonia Lynn Hillstrom**                                          Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  4821<br>**Illinois Title Loans, Inc.**<br>**5609 West Elm Street**<br>**Mchenry IL 60050** | | - | DATE INCURRED:  09/2005<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $351.24 |
| ACCT #:  xxxx2160<br>**Karber-Boyd Insurance**<br>**210 Largent Street**<br>**Lufkin TX 75904** | | - | DATE INCURRED:  10/2008<br>CONSIDERATION:<br>**Insurance**<br>REMARKS: | | | | $247.38 |
| ACCT #:  0001<br>**Lutheran Social Services of Illinois**<br>**675 Varsity Drive**<br>**Elgin, IL 60120** | | - | DATE INCURRED:  11/2005<br>CONSIDERATION:<br>**Arrearage**<br>REMARKS: | | | | $560.00 |
| ACCT #:  xxxx9238<br>**Mchenry County Circuit Clerk**<br>**2200 N Seminary Avenue**<br>**Woodstock IL 60098.2637** | | - | DATE INCURRED:  8/2005<br>CONSIDERATION:<br>**Court Fees**<br>REMARKS: | | | | $170.00 |
| ACCT #:  xxxx1833<br>**Mchenry County Circuit Clerk**<br>**2200 N Seminary Avenue**<br>**Woodstock IL 60098.2637** | | - | DATE INCURRED:  9/2005<br>CONSIDERATION:<br>**Court Fees**<br>REMARKS: *05TR 053555* | | | | $189.00 |
| ACCT #:  xxxx8602<br>**Mchenry County Circuit Clerk**<br>**2200 N Seminary Avenue**<br>**Woodstock IL 60098.2637** | | - | DATE INCURRED:  12/2002<br>CONSIDERATION:<br>**Court Fees**<br>REMARKS: *02TR 060835* | | | | $151.00 |

Sheet no. ___3___ of ___9___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $1,668.62

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonia Lynn Hillstrom**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxx4882<br>**Mchenry County Circuit Clerk**<br>**2200 N Seminary Avenue**<br>**Woodstock IL 60098.2637** | | - | DATE INCURRED:  1/2005<br>CONSIDERATION:<br>**Court Fees**<br>REMARKS:  04-TR-052379 | | | | $803.00 |
| ACCT #:  xxxx4881<br>**Mchenry County Circuit Clerk**<br>**2200 N Seminary Avenue**<br>**Woodstock IL 60098.2637** | | - | DATE INCURRED:  1/2005<br>CONSIDERATION:<br>**Court Fees**<br>REMARKS:  04-TR-052381 | | | | $174.00 |
| ACCT #:  xxxx2564<br>**Mchenry County Circuit Clerk**<br>**2200 N Seminary Avenue**<br>**Woodstock IL 60098.2637** | | - | DATE INCURRED:  9/2004<br>CONSIDERATION:<br>**Court Fees**<br>REMARKS:  04 TR 039477 | | | | $120.00 |
| ACCT #:  xxxx2565<br>**Mchenry County Circuit Clerk**<br>**2200 N Seminary Avenue**<br>**Woodstock IL 60098.2637** | | - | DATE INCURRED:  9/2004<br>CONSIDERATION:<br>**Court Fees**<br>REMARKS:  04 TR 039476 | | | | $437.00 |
| ACCT #:  xxxx2688<br>**Mchenry County Circuit Clerk**<br>**2200 N Seminary Avenue**<br>**Woodstock IL 60098.2637** | | - | DATE INCURRED:  6/2002<br>CONSIDERATION:<br>**Court Fees**<br>REMARKS:  02 TR 020354 | | | | $130.00 |
| ACCT #:  xxxx6550<br>**Mchenry County Circuit Clerk**<br>**2200 N Seminary Avenue**<br>**Woodstock IL 60098.2637** | | - | DATE INCURRED:  11/1999<br>CONSIDERATION:<br>**Court Fees**<br>REMARKS:  99 TR 030274 | | | | $115.00 |

Sheet no. __4__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $1,779.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Antonia Lynn Hillstrom**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxx3692<br>**Mchenry County Circuit Clerk**<br>**2200 N Seminary Avenue**<br>**Woodstock IL 60098.2637** | | - | DATE INCURRED: **1/2007**<br>CONSIDERATION:<br>**Court Fees**<br>REMARKS:<br>06 TR 023871 | | | | $180.00 |
| ACCT #: xxxx5843<br>**Mchenry County Circuit Clerk**<br>**2200 N Seminary Avenue**<br>**Woodstock IL 60098.2637** | | - | DATE INCURRED: **10/2005**<br>CONSIDERATION:<br>**Court Fees**<br>REMARKS:<br>05TR 054265 | | | | $88.00 |
| ACCT #: xxxx9238<br>**Mchenry County Circuit Clerk**<br>**2200 N Seminary Avenue**<br>**Woodstock IL 60098.2637** | | - | DATE INCURRED: **10/2005**<br>CONSIDERATION:<br>**Court Fees**<br>REMARKS:<br>05 TR 045486 | | | | $220.00 |
| ACCT #: xxxx9237<br>**Mchenry County Circuit Clerk**<br>**2200 N Seminary Avenue**<br>**Woodstock IL 60098.2637** | | - | DATE INCURRED: **10/2005**<br>CONSIDERATION:<br>**Court Fees**<br>REMARKS:<br>05TR 045479 | | | | $97.00 |
| ACCT #: xxxxxx0973<br>**Mchenry County Circuit Clerk**<br>**2200 N Seminary Avenue**<br>**Woodstock IL 60098.2637** | | - | DATE INCURRED: **2/2006**<br>CONSIDERATION:<br>**Court Fees**<br>REMARKS:<br>05-CF- 000973 | | | | $2,395.00 |
| ACCT #: xxxx8384<br>**Mchenry County Circuit Clerk**<br>**2200 N Seminary Avenue**<br>**Woodstock IL 60098.2637** | | | DATE INCURRED: **5/2007**<br>CONSIDERATION:<br>**Court Fees**<br>REMARKS: | | | | $1,252.00 |

Sheet no. ___5___ of ___9___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $4,232.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonia Lynn Hillstrom**                    Case No. _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx1021<br>**Mchenry County Circuit Clerk**<br>**2200 N Seminary Avenue**<br>**Woodstock IL 60098.2637** | | - | DATE INCURRED: **8/2001**<br>CONSIDERATION:<br>**Court Fees**<br>REMARKS: | | | | $516.66 |
| ACCT #:  xxxxxx0126<br>**Mchenry County Circuit Clerk**<br>**2200 N Seminary Avenue**<br>**Woodstock IL 60098.2637** | | - | DATE INCURRED: **03/16/2004**<br>CONSIDERATION:<br>**Court Fees**<br>REMARKS: | | | | $4,000.00 |
| ACCT #:  x xxxxxtrom<br>**Medical Payment Data**<br>**PO Box 9500**<br>**Wilkes Barre, PA 18773** | | - | DATE INCURRED: **01/2008**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $2,172.00 |
| ACCT #:  x xxxxstom<br>**Medical Payment Data**<br>**1374 S Babcock St**<br>**Melbourne FL 32901** | | - | DATE INCURRED: **11/2012**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $842.00 |
| ACCT #:  x xxxxstom<br>**Medical Payment Data**<br>**PO Box 9500**<br>**Wilkes Barre, PA 18773** | | - | DATE INCURRED: **11/2112**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $842.00 |
| ACCT #:  x xxxxxtrom<br>**Medical Payment Data**<br>**1374 S Babcock St**<br>**Melbourne FL 32901** | | - | DATE INCURRED: **05/2008**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $202.00 |

Sheet no. ___6___ of ___9___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $8,574.66

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Antonia Lynn Hillstrom**                          Case No. _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxx.x0049<br>**Memorial Health Systems of East Texas**<br>**1201 Frank POB 1447**<br>**Lufkin TX 75902.1447** | | - | DATE INCURRED:  06/2005<br>CONSIDERATION:<br>Medical<br>REMARKS: | | | | $7,473.70 |
| ACCT #:  x xxxxxtrom<br>**Moraine Emergency Physicians**<br>**PO Box 8759**<br>**Philadelphia, PA 19101-8759** | | - | DATE INCURRED:  04/2007<br>CONSIDERATION:<br>Medical Bill<br>REMARKS: | | | | $178.00 |
| ACCT #:  xxP375<br>**NCO FIN**<br>**507 Prudential Road**<br>**Horsham PA 19044** | | - | DATE INCURRED:  04/2007<br>CONSIDERATION:<br>Collecting for-Moraine Emergency Phys<br>REMARKS: | | | | $178.00 |
| ACCT #:  xxxxx3869<br>**NCO FIN/99**<br>**515 Pennsylvania Ave**<br>**Fort Washington, PA 19034** | | - | DATE INCURRED:  11/2012<br>CONSIDERATION:<br>Collecting for -Medical Payment Data<br>REMARKS: | | | | $842.00 |
| ACCT #:  xxxxx8229<br>**NCO FIN/99**<br>**515 Pennsylvania Ave**<br>**Fort Washington, PA 19034** | | - | DATE INCURRED:  11/2112<br>CONSIDERATION:<br>Collecting for -Medical Payment Data<br>REMARKS: | | | | $842.00 |
| ACCT #:  x xxxxxtrom<br>**Nicor Gas**<br>**POB 190**<br>**Aurora IL 60507.0190** | | - | DATE INCURRED:  10/2007<br>CONSIDERATION:<br>Utility<br>REMARKS: | | | | $1,664.45 |

Sheet no. ____7____ of ____9____ continuation sheets attached to                    Subtotal >          $11,178.15
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    Total >
                                    (Use only on last page of the completed Schedule F.)
                                (Report also on Summary of Schedules and, if applicable, on the
                                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Antonia Lynn Hillstrom**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xx7056<br>**PFG of Minnesota**<br>**7825 Washington Ave S Ste 310**<br>**Minneapolis MN 55439.2409** | | - | DATE INCURRED:  09/2007<br>CONSIDERATION:<br>**Collecting for -NMedClr**<br>REMARKS: | | | | $549.00 |
| ACCT #:  x5880<br>**Rio Grande Hospital**<br>**310 County Road 14**<br>**Dept 1280**<br>**Del Norte CO 81132** | | - | DATE INCURRED:  08/2007<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $1,477.00 |
| ACCT #:  xxxxx29-01<br>**Round Two Recovery**<br>**3680 E. 1240 Service Road**<br>**Oklahoma City OK 73135** | | - | DATE INCURRED:  06/05/2010<br>CONSIDERATION:<br>**Collecting for - Camino Real Emer Phy**<br>REMARKS: | | | | $1,127.00 |
| ACCT #:  xxxx0996<br>**Southern Colorado Imaging**<br>**POB 7693**<br>**Loveland CO 80537.0693** | | - | DATE INCURRED:  10/2007<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $190.00 |
| ACCT #:  xxx0527<br>**State Bank**<br>**7526 Hancock Dr**<br>**Wonder Lake IL 60097** | | - | DATE INCURRED:  9/2007<br>CONSIDERATION:<br>**Bank Fees**<br>REMARKS: | | | | $239.00 |
| ACCT #:  xx3914<br>**Torres Credit**<br>**27 Fairview St POB 189**<br>**Carlisle PA 17015.3121** | | - | DATE INCURRED:  1/2007<br>CONSIDERATION:<br>**Collecting for -Comed**<br>REMARKS: | | | | $360.36 |

Sheet no. ___8___ of ___9___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $3,942.36

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonia Lynn Hillstrom**                                          Case No. _____
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx8774**<br>**Unique National Collection**<br>**119 E. Maple St**<br>**Jefferssonville, IN 47130** | | - | DATE INCURRED:  **10/2008**<br>CONSIDERATION:<br>**Collecting for - Alamosa Public Library**<br>REMARKS: | | | | $192.00 |
| ACCT #:  **xxx.xxx.3825**<br>**Verizon Wireless**<br>**500 Technology Drive # 920**<br>**Weldon Spring MO 63304** | | - | DATE INCURRED:  **08/2009**<br>CONSIDERATION:<br>**Phone**<br>REMARKS: | | | | $241.81 |
| ACCT #:  **x. xxxxxxxx-0001**<br>**Walmart**<br>**3333 Clark St**<br>**Alamosa, CO** | | - | DATE INCURRED:  **11/2005**<br>CONSIDERATION:<br>**NSF Checks**<br>REMARKS: | | | | $1,400.00 |
| ACCT #:  **x. xxxxxtrom**<br>**Walmart**<br>**PO Box 530927**<br>**Atlanta GA 30353-0927** | | - | DATE INCURRED:  **11/2005**<br>CONSIDERATION:<br>**Checks**<br>REMARKS: | | | | $1,400.00 |
| ACCT #:  **xxx0527**<br>**Wonder Lake State Bank**<br>**7526 Hancock Drive**<br>**Wonder  Lake IL 60097** | | - | DATE INCURRED:  **04/2008**<br>CONSIDERATION:<br>**Fee Simple**<br>REMARKS: | | | | $239.24 |
| | | | | | | | |

Sheet no. ___9___ of ___9___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $3,473.05

Total >   $52,861.11

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **Antonia Lynn Hillstrom**                                      Case No. _____
                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re **Antonia Lynn Hillstrom**                                    Case No. _____

                                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re **Antonia Lynn Hillstrom**                                    Case No. _____
                                                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Single** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Waitress | |
| Name of Employer | Dusty's Pizza | |
| How Long Employed | 5 months | |
| Address of Employer | 7613 Howe Rd | |
| | Wonder Lake IL 60097 | |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $234.00 | |
| 2. | Estimate monthly overtime | $0.00 | |
| 3. | SUBTOTAL | $234.00 | |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $9.14 | |
| | b. Social Security Tax | $11.33 | |
| | c. Medicare | $2.64 | |
| | d. Insurance | $0.00 | |
| | e. Union dues | $0.00 | |
| | f. Retirement | $0.00 | |
| | g. Other (Specify) _____ | $0.00 | |
| | h. Other (Specify) _____ | $0.00 | |
| | i. Other (Specify) _____ | $0.00 | |
| | j. Other (Specify) _____ | $0.00 | |
| | k. Other (Specify) _____ | $0.00 | |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $23.11 | |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $210.89 | |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8. | Income from real property | $0.00 | |
| 9. | Interest and dividends | $0.00 | |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | |
| 11. | Social security or government assistance (Specify): _____ | $0.00 | |
| 12. | Pension or retirement income | $0.00 | |
| 13. | Other monthly income (Specify): | | |
| | a. _____ | $0.00 | |
| | b. _____ | $0.00 | |
| | c. _____ | $0.00 | |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $0.00 | |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $210.89 | |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $210.89 |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:  **Antonia Lynn Hillstrom**                              Case No. _____
                                                                          (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home)<br>    a. Are real estate taxes included?  ☒ Yes  ☐ No<br>    b. Is property insurance included?  ☒ Yes  ☐ No | $50.00 |
| 2. Utilities:  a. Electricity and heating fuel<br>           b. Water and sewer<br>           c. Telephone<br>           d. Other: | $60.00 |
| 3. Home maintenance (repairs and upkeep)<br>4. Food<br>5. Clothing<br>6. Laundry and dry cleaning<br>7. Medical and dental expenses<br>8. Transportation (not including car payments)<br>9. Recreation, clubs and entertainment, newspapers, magazines, etc.<br>10. Charitable contributions | $150.00<br><br><br><br><br>$200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments)<br>          a. Homeowner's or renter's<br>          b. Life<br>          c. Health<br>          d. Auto<br>          e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)<br>          a. Auto:<br>          b. Other:<br>          c. Other:<br>          d. Other: | |
| 14. Alimony, maintenance, and support paid to others:<br>15. Payments for support of add'l dependents not living at your home:<br>16. Regular expenses from operation of business, profession, or farm (attach detailed statement)<br>17.a. Other:<br>17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and,<br>    if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$460.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.**

20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I
b. Average monthly expenses from Line 18 above
c. Monthly net income (a. minus b.)

    $210.89
    $460.00
    ($249.11)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Antonia Lynn Hillstrom**                                    Case No. _____

                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **24**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **10/23/2013** _____        Signature _*Antonia Hillstrom*_

                                                                  **Antonia Lynn Hillstrom**

Date _____                        Signature _____

[If joint case, both spouses must sign.]

---

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Andria Guerra, Petition Preparer** _____        **336.56.3022** _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No.
                                                                                      (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

**15028 Cicero Avenue**
**Suite C**
**Oak Forest, IL  60452**

_____        **10/23/2013** _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

In re:  **Antonia Lynn Hillstrom**                    Case No. _____

                                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the TWO YEARS immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **2011 - $4,468.00** | **Employment** |
| **2012 - $0.00** | |
| **2013 - $1,339.22** | |

**2. Income other than from employment or operation of business**

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☑

c. All debtors: List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **7914 Island Lane, Wonder Lake IL 60097** | Eviction | | $4000 |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)**

In re:   **Antonia Lynn Hillstrom**                                                       Case No. _____

                                                                                                                  (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None
☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None
☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None
☑ a. Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None
☑ List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None
☑ List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Andria Guerra**<br>**1645 S River Rd, #16**<br>**Des Plaines IL 60018** | 9/4/2013 | **Bankruptcy document preparation $50 typing fee** |
| **Abacus Credit Counseling**<br>**17337 Ventura Blvd #223**<br>**Encino CA 91316** | 9/17/2013 | **$25 pre-filing credit counseling** |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

In re:   Antonia Lynn Hillstrom

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

**10. Other transfers**

None ☑
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑
b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☑
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑
List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☐
If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **4616 W. Wonderlake Drive**<br>**Wonderlake, IL  60097** | **Antonia Hillstrom** | **4/2012** |

---

**16. Spouses and Former Spouses**

None ☑
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)**

In re:   **Antonia Lynn Hillstrom**                                        Case No. _____

                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

---

None ☑

b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

None ☑

## 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

## 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

## 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

## 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

---

None ☐

## 15. Prior address of debtor

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 4616 W. Wonderlake Drive
Wonderlake, IL  60097 | | 4/2012 |

---

None ☑

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

In re: **Antonia Lynn Hillstrom**                    Case No. _____

                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None ☑ a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

---

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

In re:   **Antonia Lynn Hillstrom**                                          Case No. _____

                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None ☑  a. List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None ☑  b. List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☑  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

---

None ☑  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

---

### 20. Inventories

None ☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None ☑  a. If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None ☑  b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

In re:   **Antonia Lynn Hillstrom**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None ☑

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

**25. Pension Funds**

None ☑

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **10/23/2013**_____

Signature *Antonia Hillstrom*
of Debtor   **Antonia Lynn Hillstrom**

Date   _____

Signature _____
of Joint Debtor
(if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

In re:  **Antonia Lynn Hillstrom**

Case No.  _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Andria Guerra, Petition Preparer**                                    **336.56.3022**
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

**15028 Cicero Avenue
Suite C
Oak Forest, IL  60452**

_____                        __10/23/2013_____
Signature of Bankruptcy Petition Preparer                        Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

IN RE:   Antonia Lynn Hillstrom

CASE NO

CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:** <br> None | **Describe Property Securing Debt:** |

Property will be (check one):
☐  Surrendered          ☐  Retained

If retaining the property, I intend to (check at least one):
☐  Redeem the property
☐  Reaffirm the debt
☐  Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐  Claimed as exempt          ☐  Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:** <br> None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br><br> YES ☐     NO ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  10/23/2013

Signature  *Antonia Hillstrom*
Antonia Lynn Hillstrom

Date

Signature

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

IN RE:   **Antonia Lynn Hillstrom**

CASE NO

CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

### CERTIFICATE OF SERVICE

I, the below signed, do hereby certify that a true and correct copy of the foregoing Chapter 7 Individual Debtor's Statement of Intention was mailed or otherwise served to the Chapter 7 Trustee, the secured creditors as listed on Schedule D, the United States Trustee and/or to any other interested parties as may be required by B.R. 1007 and applicable local bankruptcy rules.

Date **10/23/2013**

## UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a JOINT CASE (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1.  Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days BEFORE the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:**   Liquidation  ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization  ($1167 filing fee, $46 administrative fee: Total fee $1213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman  ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:**  Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B)  (12/09)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

In re  **Antonia Lynn Hillstrom**

Case No. _____

Chapter _____**7**_____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Andria Guerra, Petition Preparer**
Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:
**15028 Cicero Avenue**
**Suite C**
**Oak Forest, IL  60452**

**336.56.3022**

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Antonia Lynn Hillstrom**
_____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X _____   **10/23/2013**
Signature of Debtor                         Date

X _____
Signature of Joint Debtor (if any)          Date

**Instructions:**  Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) ONLY if the certification has NOT been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

| Attorney or Party Name, Address and Telephone Number | FOR COURT USE ONLY |
|---|---|
| **Antonia Lynn Hillstrom**<br>**4616 W Wonder Lake Drive**<br>**Wonder Lake IL 60097**<br>**Debtor(s) in pro per** | |

| In re:<br><br>**Antonia Lynn Hillstrom** | CASE NO.: |
|---|---|
| | CHAPTER:  **7** |
| | Debtor Address:<br>**4616 W Wonder Lake Drive**<br>**Wonder Lake IL 60097** |

| Social Security Number:  **xxx-xx-1675** | Employer's Tax I.D. Number: |
|---|---|

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1. Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For document preparation services, I have agreed to accept | **$50.00** |
| Prior to the filing of this statement I have received | **$50.00** |
| Balance Due | **$0.00** |

2. I have prepared or caused to be prepared the following documents (itemize):
**bankruptcy documents**

   and provided the following services (itemize):
**Typing ($50.00)**

3. The source of the compensation paid to me was:
   ☑ Debtor        ☐ Other (specify)

4. The source of compensation to be paid to me is:
   ☑ Debtor        ☐ Other (specify)

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge, no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

| <u>Name</u> | <u>SSN</u> |
|---|---|
| **Andria Guerra** | **336.56.3022** |

| In re: **Antonia Lynn Hillstrom** | CASE NUMBER:<br>CHAPTER:      **7** |

# DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

X _~~A. Ui Hven~~_____     _____336.56.3022_____     ___10/23/2013___
                 Signature                              Social Security Number                Date

Name (Print): _A Nora Guerra_

Address: _16 45 S. Rivera #16_
_Des Plaines IL 60018_

---

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

IN RE:   Antonia Lynn Hillstrom                                    CASE NO

                                                                  CHAPTER     **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/23/2013                              Signature  *Antonia Hillstrom*
                                                         **Antonia Lynn Hillstrom**

Date  _____                      Signature  _____

Alamosa Public Library
300 Hunt Ave
Alamosa, CO  81101


Angelina County WCID #3
POB 1864
Lufkin TX 75902.1864


Asset Acceptance Corp
PO Box 2036
Warren, MI 48090-2036


Camino Real Emergency Physicians
1717 Highway 59 Loop N
Livingston TX 77351


Centegra Hospital - McHenry
PO Box 1447
Woodstock, IL 60098-1447


City of Hudson
201 Mt.Carmel
Hudson, TX  75904


City of Lufkin
PO Box 118312
Carrollton, TX 75011-8312


Collectech Systems
POB 361567
Columbus OH 43236


Comed
Bill Payment Center
Chicago, IL 60668-0002

Credit Service Co
POB 1120
Colorado Springs CO 80901


Direct Counseling
400 Russel Court
Woodstock, IL 60098


Direct TV
Payment Center
PO Box 78626
Phoenix, AZ 85062.8626


Durango Credit & Coll
3050 Main
Durango CO 81301


Illinois Title Loans, Inc.
5609 West Elm Street
Mchenry IL 60050


Karber-Boyd Insurance
210 Largent Street
Lufkin TX 75904


Lutheran Social Services of Illinois
675 Varsity Drive
Elgin, IL 60120


Mchenry County Circuit Clerk
2200 N Seminary Avenue
Woodstock IL 60098.2637


Medical Payment Data
PO Box 9500
Wilkes Barre, PA 18773

Medical Payment Data
1374 S Babcock St
Melbourne FL 32901


Memorial Health Systems of East Texas
1201 Frank POB 1447
Lufkin TX 75902.1447


Moraine Emergency Physicians
PO Box 8759
Philadelphia, PA 19101-8759


NCO FIN
507 Prudential Road
Horsham PA 19044


NCO FIN/99
515 Pennsylvania Ave
Fort Washington, PA 19034


Nicor Gas
POB 190
Aurora IL 60507.0190


PFG of Minnesota
7825 Washington Ave S Ste 310
Minneapolis MN 55439.2409


Rio Grande Hospital
310 County Road 14
Dept 1280
Del Norte CO 81132


Round Two Recovery
3680 E. 1240 Service Road
Oklahoma City OK 73135

Southern Colorado Imaging
POB 7693
Loveland CO 80537.0693


State Bank
7526 Hancock Dr
Wonder Lake IL 60097


Torres Credit
27 Fairview St POB 189
Carisle PA 17015.3121


Unique National Collection
119 E. Maple St
Jefferssonville, IN 47130


Verizon Wireless
500 Technology Drive # 920
Weldon Spring MO 63304


Walmart
3333 Clark St
Alamosa, CO


Walmart
PO Box 530927
Atlanta GA 30353-0927


Wonder Lake State Bank
7526 Hancock Drive
Wonder  Lake IL 60097

Debtor(s): Antonia and Hillston    Case 13-83690    Doc 1    Filed 10/30/13    Entered 10/30/13 10:48:41    Desc Main
Document    Page 51 of 69

NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)

Alamosa Public Library
300 Hunt Ave
Alamosa, CO  81101

Direct Counseling
400 Russel Court
Woodstock, IL 60098

Moraine Emergency Physicians
PO Box 8759
Philadelphia, PA 19101-8759

Angelina County WCID #3
POB 1864
Lufkin TX 75902.1864

Direct TV
Payment Center
PO Box 78626
Phoenix, AZ 85062.8626

NCO FIN
507 Prudential Road
Horsham PA 19044

Asset Acceptance Corp
PO Box 2036
Warren, MI 48090-2036

Durango Credit & Coll
3050 Main
Durango CO 81301

NCO FIN/99
515 Pennsylvania Ave
Fort Washington, PA 19034

Camino Real Emergency Physician
1717 Highway 59 Loop N
Livingston TX 77351

Illinois Title Loans, Inc.
5609 West Elm Street
Mchenry IL 60050

Nicor Gas
POB 190
Aurora IL 60507.0190

Centegra Hospital - McHenry
PO Box 1447
Woodstock, IL 60098-1447

Karber-Boyd Insurance
210 Largent Street
Lufkin TX 75904

PFG of Minnesota
7825 Washington Ave S Ste 310
Minneapolis MN 55439.2409

City of Hudson
201 Mt.Carmel
Hudson, TX  75904

Lutheran Social Services of Ill
675 Varsity Drive
Elgin, IL 60120

Rio Grande Hospital
310 County Road 14
Dept 1280
Del Norte CO 81132

City of Lufkin
PO Box 118312
Carrollton, TX 75011-8312

Mchenry County Circuit Clerk
2200 N Seminary Avenue
Woodstock IL 60098.2637

Round Two Recovery
3680 E. 1240 Service Road
Oklahoma City OK 73135

Collectech Systems
POB 361567
Columbus OH 43236

Medical Payment Data
PO Box 9500
Wilkes Barre, PA 18773

Southern Colorado Imaging
POB 7693
Loveland CO 80537.0693

Comed
Bill Payment Center
Chicago, IL 60668-0002

Medical Payment Data
1374 S Babcock St
Melbourne FL 32901

State Bank
7526 Hancock Dr
Wonder Lake IL 60097

Credit Service Co
POB 1120
Colorado Springs CO 80901

Memorial Health Systems of East
1201 Frank POB 1447
Lufkin TX 75902.1447

Torres Credit
27 Fairview St POB 189
Carisle PA 17015.3121

Unique National Collection
119 E. Maple St
Jefferssonville, IN 47130


Verizon Wireless
500 Technology Drive # 920
Weldon Spring MO 63304


Walmart
3333 Clark St
Alamosa, CO


Walmart
PO Box 530927
Atlanta GA 30353-0927


Wonder Lake State Bank
7526 Hancock Drive
Wonder  Lake IL 60097

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

IN RE:  **Antonia Lynn Hillstrom**

CASE NO

CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

### Exemption Totals by Category:
(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|--------------------|------------------------|
| N/A | Real Property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1. | Cash on hand. | $5.00 | $5.00 | $0.00 | $0.00 | $0.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Household goods and furnishings, including audio, video... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Wearing apparel. | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 |
| 7. | Furs and jewelry. | $200.00 | $200.00 | $0.00 | $0.00 | $0.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Interests in insurance policies. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Annuities. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Education IRAs. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12. | Interests in IRA, ERISA, Keogh... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Stock and interests in incorporated... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Accounts receivable. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Alimony, maintenance, support, and property settlement to which the..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Other liquidated debts owed debtor... | | | | | $0.00 |
| 19. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Contingent and noncontingent interests in estate of decedent, death benefit.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Other contingent and unliquidated claims of every nature..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Copyright 1996-2013, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

IN RE:  **Antonia Lynn Hillstrom**

CASE NO

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|-------------------|--------------|--------------------|-----------------------|
| 22. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Licenses, franchises, and other.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Customer Lists. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Automobiles, trucks, trailers, vehicles... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Boats, motors and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Office equipment, furnishings... | $40.00 | $40.00 | $0.00 | $0.00 | $0.00 |
| 29. | Machinery, fixtures used in business. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Animals. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other personal property of any kind. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$295.00** | **$295.00** | **$0.00** | **$0.00** | **$0.00** |

**Surrendered Property:**

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|----------------------|--------------|------|--------|

**Real Property**
(None)

**Personal Property**
(None)

| | **TOTALS:** | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Non-Exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|----------------------|--------------|------|--------|-------------------|

**Real Property**
(None)

*Copyright 1996-2013, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

IN RE:  Antonia Lynn Hillstrom

CASE NO

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Personal Property**
(None)

|  | | | | |
|---|---|---|---|---|
| **TOTALS:** | $0.00 | $0.00 | $0.00 | $0.00 |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | $295.00 |
| B. Gross Property Value of Surrendered Property | $0.00 |
| C. Total Gross Property Value (A+B) | $295.00 |
| D. Gross Amount of Encumbrances (not including surrendered property) | $295.00 |
| E. Gross Amount of Encumbrances on Surrendered Property | $0.00 |
| F. Total Gross Encumbrances (D+E) | $295.00 |
| G. Total Equity (not including surrendered property)  /  (A-D) | $0.00 |
| H. Total Equity in surrendered items  (B-E) | $0.00 |
| I.  Total Equity  (C-F) | $0.00 |
| J.  Total Exemptions Claimed | $0.00 |
| K.  Total Non-Exempt Property Remaining  (G-J) | $0.00 |

*Copyright 1996-2013, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

# UNITED STATES BANKRUPTCY COURT FOR THE

*NORTHERN DISTRICT OF ILLINOIS*
*WESTERN DIVISION (ROCKFORD)*

In re:                                          Case No.:
Antonia Lynn Hillstrom                          SSN:   xxx-xx-1675
                                                SSN:

Debtor(s)                          ## Numbered Listing of Creditors

Address:
4616 W Wonder Lake Drive                Chapter:   7
Wonder Lake IL 60097

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1. Alamosa Public Library<br>300 Hunt Ave<br>Alamosa, CO  81101<br>xxx8774 | Unsecured Claim | $192.00 |
| 2. Angelina County WCID #3<br>POB 1864<br>Lufkin TX 75902.1864<br>x xxxxxtrom | Unsecured Claim | $198.00 |
| 3. Asset Acceptance Corp<br>PO Box 2036<br>Warren, MI 48090-2036<br>xxxx9705 | Unsecured Claim | $1,664.45 |
| 4. Camino Real Emergency Physicians<br>1717 Highway 59 Loop N<br>Livingston TX 77351<br>xxxxxxxxxxxxxx1999 | Unsecured Claim | $1,127.00 |
| 5. Centegra Hospital - McHenry<br>PO Box 1447<br>Woodstock, IL 60098-1447<br>xxxxxxxxxxx-x0001 | Unsecured Claim | $6,795.00 |
| 6. Centegra Hospital - McHenry<br>PO Box 1447<br>Woodstock, IL 60098-1447<br>xxxxxxxxxx-0001 | Unsecured Claim | $1,026.75 |

in re:  **Antonia Lynn Hillstrom**

|  | Debtor | | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7.  Centegra Hospital - McHenry<br>PO Box 1447<br>Woodstock, IL 60098-1447<br>xxxxxxxxxxx-0001 | Unsecured Claim | $1,087.75 |
| 8.  Centegra Hospital - McHenry<br>PO Box 1447<br>Woodstock, IL 60098-1447<br>xxxxxxxxxxx-0001 | Unsecured Claim | $1,605.00 |
| 9.  Centegra Hospital - McHenry<br>PO Box 1447<br>Woodstock, IL 60098-1447 | Unsecured Claim | |
| 10.  City of Hudson<br>201 Mt.Carmel<br>Hudson, TX  75904<br>x1153 | Unsecured Claim | $529.00 |
| 11.  City of Lufkin<br>PO Box 118312<br>Carrollton, TX 75011-8312<br>xx9437 | Unsecured Claim | $531.70 |
| 12.  City of Lufkin<br>PO Box 118312<br>Carrollton, TX 75011-8312<br>xx-xxxxx6996 | Unsecured Claim | $100.00 |
| 13.  Collectech Systems<br>POB 361567<br>Columbus OH 43236<br>xxxxxx7407 | Unsecured Claim | $171.13 |
| 14.  Comed<br>Bill Payment Center<br>Chicago, IL 60668-0002<br>x xxxxxtrom | Unsecured Claim | $360.36 |
| 15.  Credit Service Co<br>POB 1120<br>Colorado Springs CO 80901<br>xxx6803 | Unsecured Claim | $2,172.00 |

in re:   **Antonia Lynn Hillstrom**

_____
Debtor

| Creditor name and mailing address | Category of claim | Case No. (if known) |
|---|---|---|
| | | Amount of claim |
| 16.   Direct Counseling<br>400 Russel Court<br>Woodstock, IL 60098<br>x. xxxxxtrom | Unsecured Claim | $80.00 |
| 17.   Direct TV<br>Payment Center<br>PO Box 78626<br>Phoenix, AZ 85062.8626<br>xxxx3421 | Unsecured Claim | $171.13 |
| 18.   Durango Credit & Coll<br>3050 Main<br>Durango CO 81301<br>xxxxxxxxxxxx8291 | Unsecured Claim | $202.00 |
| 19.   Illinois Title Loans, Inc.<br>5609 West Elm Street<br>Mchenry IL 60050<br>4821 | Unsecured Claim | $351.24 |
| 20.   Karber-Boyd Insurance<br>210 Largent Street<br>Lufkin TX 75904<br>xxxx2160 | Unsecured Claim | $247.38 |
| 21.   Lutheran Social Services of Illinois<br>675 Varsity Drive<br>Elgin, IL 60120<br>0001 | Unsecured Claim | $560.00 |
| 22.   Mchenry County Circuit Clerk<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637<br>xxxx9238 | Unsecured Claim | $170.00 |
| 23.   Mchenry County Circuit Clerk<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637<br>xxxx1833 | Unsecured Claim | $189.00 |
| 24.   Mchenry County Circuit Clerk<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637<br>xxxx8602 | Unsecured Claim | $151.00 |

in re:   **Antonia Lynn Hillstrom**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 25. Mchenry County Circuit Clerk<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637<br>xxxx4882 | Unsecured Claim | $803.00 |
| 26. Mchenry County Circuit Clerk<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637<br>xxxx4881 | Unsecured Claim | $174.00 |
| 27. Mchenry County Circuit Clerk<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637<br>xxxx2564 | Unsecured Claim | $120.00 |
| 28. Mchenry County Circuit Clerk<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637<br>xxxx2565 | Unsecured Claim | $437.00 |
| 29. Mchenry County Circuit Clerk<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637<br>xxxx2688 | Unsecured Claim | $130.00 |
| 30. Mchenry County Circuit Clerk<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637<br>xxxx6550 | Unsecured Claim | $115.00 |
| 31. Mchenry County Circuit Clerk<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637<br>xxxx3692 | Unsecured Claim | $180.00 |
| 32. Mchenry County Circuit Clerk<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637<br>xxxx5843 | Unsecured Claim | $88.00 |
| 33. Mchenry County Circuit Clerk<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637<br>xxxx9238 | Unsecured Claim | $220.00 |

in re:    **Antonia Lynn Hillstrom**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| Debtor | | Case No. (if known) |
| 34.  Mchenry County Circuit Clerk<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637<br>xxxx9237 | Unsecured Claim | $97.00 |
| 35.  Mchenry County Circuit Clerk<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637<br>xxxxxx0973 | Unsecured Claim | $2,395.00 |
| 36.  Mchenry County Circuit Clerk<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637<br>xxxx8384 | Unsecured Claim | $1,252.00 |
| 37.  Mchenry County Circuit Clerk<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637<br>xxxxxx1021 | Unsecured Claim | $516.66 |
| 38.  Mchenry County Circuit Clerk<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637<br>xxxxxx0126 | Unsecured Claim | $4,000.00 |
| 39.  Medical Payment Data<br>PO Box 9500<br>Wilkes Barre, PA 18773<br>x xxxxxtrom | Unsecured Claim | $2,172.00 |
| 40.  Medical Payment Data<br>1374 S Babcock St<br>Melbourne FL 32901<br>x xxxxstom | Unsecured Claim | $842.00 |
| 41.  Medical Payment Data<br>PO Box 9500<br>Wilkes Barre, PA 18773<br>x xxxxstom | Unsecured Claim | $842.00 |
| 42.  Medical Payment Data<br>1374 S Babcock St<br>Melbourne FL 32901<br>x xxxxxtrom | Unsecured Claim | $202.00 |

in re:   **Antonia Lynn Hillstrom**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 43. Memorial Health Systems of East Texas<br>1201 Frank POB 1447<br>Lufkin TX 75902.1447<br>xxxxx.x0049 | Unsecured Claim | $7,473.70 |
| 44. Moraine Emergency Physicians<br>PO Box 8759<br>Philadelphia, PA 19101-8759<br>x xxxxxtrom | Unsecured Claim | $178.00 |
| 45. NCO FIN<br>507 Prudential Road<br>Horsham PA 19044<br>xxP375 | Unsecured Claim | $178.00 |
| 46. NCO FIN/99<br>515 Pennsylvania Ave<br>Fort Washington, PA 19034<br>xxxxx3869 | Unsecured Claim | $842.00 |
| 47. NCO FIN/99<br>515 Pennsylvania Ave<br>Fort Washington, PA 19034<br>xxxxx8229 | Unsecured Claim | $842.00 |
| 48. Nicor Gas<br>POB 190<br>Aurora IL 60507.0190<br>x xxxxxtrom | Unsecured Claim | $1,664.45 |
| 49. PFG of Minnesota<br>7825 Washington Ave S Ste 310<br>Minneapolis MN 55439.2409<br>xx7056 | Unsecured Claim | $549.00 |
| 50. Rio Grande Hospital<br>310 County Road 14<br>Dept 1280<br>Del Norte CO 81132<br>x5880 | Unsecured Claim | $1,477.00 |
| 51. Round Two Recovery<br>3680 E. 1240 Service Road<br>Oklahoma City OK 73135<br>xxxxx29-01 | Unsecured Claim | $1,127.00 |

in re:  **Antonia Lynn Hillstrom**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 52.  Southern Colorado Imaging<br>POB 7693<br>Loveland CO 80537.0693<br>xxxx0996 | Unsecured Claim | $190.00 |
| 53.  State Bank<br>7526 Hancock Dr<br>Wonder Lake IL 60097<br>xxx0527 | Unsecured Claim | $239.00 |
| 54.  Torres Credit<br>27 Fairview St POB 189<br>Carisle PA 17015.3121<br>xx3914 | Unsecured Claim | $360.36 |
| 55.  Unique National Collection<br>119 E. Maple St<br>Jefferssonville, IN 47130<br>xxx8774 | Unsecured Claim | $192.00 |
| 56.  Verizon Wireless<br>500 Technology Drive # 920<br>Weldon Spring MO 63304<br>xxx.xxx.3825 | Unsecured Claim | $241.81 |
| 57.  Walmart<br>3333 Clark St<br>Alamosa, CO<br>x. xxxxxxxxx-0001 | Unsecured Claim | $1,400.00 |
| 58.  Walmart<br>PO Box 530927<br>Atlanta GA 30353-0927<br>x. xxxxxtrom | Unsecured Claim | $1,400.00 |
| 59.  Wonder Lake State Bank<br>7526 Hancock Drive<br>Wonder  Lake IL 60097<br>xxx0527 | Unsecured Claim | $239.24 |

in re:  **Antonia Lynn Hillstrom**
_____                    _____
                                        Debtor                                                          Case No. (if known)

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I,  Antonia Lynn Hillstrom _____ ,
named as debtor in this case, declare under penalty of perjury that I have read the foregoing    *Numbered Listing of Creditors,*
consisting of ___8___ sheets (including this declaration), and that it is true and correct to the best of my information and belief.
the best of my information and belief.

Debtor: _Antonia Hillstrom_____  Date: _10/23/2013____
             **Antonia Lynn Hillstrom**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

IN RE:   **Antonia Lynn Hillstrom**

CASE NO.

CHAPTER   **7**

## Certificate of Service

---

02645-ILN-CC-016078526

Alamosa Public Library
xxx8774
300 Hunt Ave
Alamosa, CO  81101

Angelina County WCID #3
x xxxxxtrom
POB 1864
Lufkin TX 75902.1864

Antonia Lynn Hillstrom
4616 W Wonder Lake Drive
Wonder Lake IL 60097

Asset Acceptance Corp
xxxx9705
PO Box 2036
Warren, MI 48090-2036

Camino Real Emergency Physicians
xxxxxxxxxxxxxxx1999
1717 Highway 59 Loop N
Livingston TX 77351

Centegra Hospital - McHenry
xxxxxxxxxxx-x0001
PO Box 1447
Woodstock, IL 60098-1447

Centegra Hospital - McHenry
xxxxxxxxxx-0001
PO Box 1447
Woodstock, IL 60098-1447

Centegra Hospital - McHenry
xxxxxxxxxx-0001
PO Box 1447
Woodstock, IL 60098-1447

Centegra Hospital - McHenry
PO Box 1447
Woodstock, IL 60098-1447

City of Hudson
x1153
201 Mt.Carmel
Hudson, TX  75904

City of Lufkin
xx9437
PO Box 118312
Carrollton, TX 75011-8312

City of Lufkin
xx-xxxxx6996
PO Box 118312
Carrollton, TX 75011-8312

Collectech Systems
xxxxxx7407
POB 361567
Columbus OH 43236

Comed
x xxxxxtrom
Bill Payment Center
Chicago, IL 60668-0002

Credit Service Co
xxx6803
POB 1120
Colorado Springs CO 80901

Direct Counseling
x. xxxxxtrom
400 Russel Court
Woodstock, IL 60098

Direct TV
xxxx3421
Payment Center
PO Box 78626
Phoenix, AZ 85062.8626

Durango Credit & Coll
xxxxxxxxxxx8291
3050 Main
Durango CO 81301

Illinois Title Loans, Inc.
4821
5609 West Elm Street
Mchenry IL 60050

Karber-Boyd Insurance
xxxx2160
210 Largent Street
Lufkin TX 75904

Lutheran Social Services of Illinois
0001
675 Varsity Drive
Elgin, IL 60120

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)

IN RE:   **Antonia Lynn Hillstrom**

CASE NO.

CHAPTER   **7**

### Certificate of Service

(Continuation Sheet #1)

| | | |
|---|---|---|
| Mchenry County Circuit Clerk<br>xxxx9238<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637 | Mchenry County Circuit Clerk<br>xxxx2688<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637 | Mchenry County Circuit Clerk<br>xxxxxx1021<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637 |
| Mchenry County Circuit Clerk<br>xxxx1833<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637 | Mchenry County Circuit Clerk<br>xxxx6550<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637 | Mchenry County Circuit Clerk<br>xxxxxx0126<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637 |
| Mchenry County Circuit Clerk<br>xxxx8602<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637 | Mchenry County Circuit Clerk<br>xxxx3692<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637 | Medical Payment Data<br>x xxxxxtrom<br>PO Box 9500<br>Wilkes Barre, PA 18773 |
| Mchenry County Circuit Clerk<br>xxxx4882<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637 | Mchenry County Circuit Clerk<br>xxxx5843<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637 | Medical Payment Data<br>x xxxxstom<br>1374 S Babcock St<br>Melbourne FL 32901 |
| Mchenry County Circuit Clerk<br>xxxx4881<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637 | Mchenry County Circuit Clerk<br>xxxx9237<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637 | Medical Payment Data<br>x xxxxstom<br>PO Box 9500<br>Wilkes Barre, PA 18773 |
| Mchenry County Circuit Clerk<br>xxxx2564<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637 | Mchenry County Circuit Clerk<br>xxxxxx0973<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637 | Medical Payment Data<br>x xxxxxtrom<br>1374 S Babcock St<br>Melbourne FL 32901 |
| Mchenry County Circuit Clerk<br>xxxx2565<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637 | Mchenry County Circuit Clerk<br>xxxx8384<br>2200 N Seminary Avenue<br>Woodstock IL 60098.2637 | Memorial Health Systems of East<br>Texas<br>xxxxx.x0049<br>1201 Frank POB 1447<br>Lufkin TX 75902.1447 |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)**

IN RE:   **Antonia Lynn Hillstrom**

CASE NO.

CHAPTER   **7**

### Certificate of Service

(Continuation Sheet #2)

---

Moraine Emergency Physicians
x xxxxxtrom
PO Box 8759
Philadelphia, PA 19101-8759

Round Two Recovery
xxxxx29-01
3680 E. 1240 Service Road
Oklahoma City OK 73135

Walmart
x. xxxxxtrom
PO Box 530927
Atlanta GA 30353-0927

NCO FIN
xxP375
507 Prudential Road
Horsham PA 19044

Southern Colorado Imaging
xxxx0996
POB 7693
Loveland CO 80537.0693

Wonder Lake State Bank
xxx0527
7526 Hancock Drive
Wonder  Lake IL 60097

NCO FIN/99
xxxxx3869
515 Pennsylvania Ave
Fort Washington, PA 19034

State Bank
xxx0527
7526 Hancock Dr
Wonder Lake IL 60097

NCO FIN/99
xxxxx8229
515 Pennsylvania Ave
Fort Washington, PA 19034

Torres Credit
xx3914
27 Fairview St POB 189
Carisle PA 17015.3121

Nicor Gas
x xxxxxtrom
POB 190
Aurora IL 60507.0190

Unique National Collection
xxx8774
119 E. Maple St
Jefferssonville, IN 47130

PFG of Minnesota
xx7056
7825 Washington Ave S Ste 310
Minneapolis MN 55439.2409

Verizon Wireless
xxx.xxx.3825
500 Technology Drive # 920
Weldon Spring MO 63304

Rio Grande Hospital
x5880
310 County Road 14
Dept 1280
Del Norte CO 81132

Walmart
x. xxxxxxxxx-0001
3333 Clark St
Alamosa, CO

# Current Monthly Income Calculation Details

In re: **Antonia Lynn Hillstrom**

Case Number:

Chapter:    **7**

### 3.    Gross wages, salary, tips, bonuses, overtime commissions.

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Debtor** | **Employment** | | | | | | |
| | $0.00 | $148.82 | $257.23 | $328.24 | $354.38 | $0.00 | **$181.44** |

### 10.    Income from all other sources.

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Debtor** | **Tips** | | | | | | |
| | $223.20 | $223.20 | $223.20 | $223.20 | $223.20 | $223.20 | **$223.20** |

# Underlying Allowances

In re: **Antonia Lynn Hillstrom**

Case Number:

Chapter:  **7**

| Median Income Information | |
|---|---|
| State of Residence | Illinois |
| Household Size | 1 |
| Median Income per Census Bureau Data | $47,485.00 |

| National Standards: Food, Clothing, Household Supplies, Personal Care, and Miscellaneous | |
|---|---|
| Region | US |
| Family Size | 1 |
| Gross Monthly Income | $404.64 |
| Income Level | Not Applicable |
| Food | $315.00 |
| Housekeeping Supplies | $30.00 |
| Apparel and Services | $88.00 |
| Personal Care Products and Services | $34.00 |
| Miscellaneous | $116.00 |
| Additional Allowance for Family Size Greater Than 4 | $0.00 |
| Total | $583.00 |

| National Standards: Health Care (only applies to cases filed on or after 1/1/08) | |
|---|---|
| **Household members under 65 years of age** | |
| Allowance per member | $60.00 |
| Number of members | 0 |
| Subtotal | $0.00 |
| **Household members 65 years of age or older** | |
| Allowance per member | $144.00 |
| Number of members | 0 |
| Subtotal | $0.00 |
| **Total** | $0.00 |

| Local Standards: Housing and Utilities | |
|---|---|
| State Name | Illinois |
| County or City Name | McHenry County |
| Family Size | Family of 1 |
| Non-Mortgage Expenses | $415.00 |
| Mortgage/Rent Expense Allowance | $1,470.00 |
| Minus Average Monthly Payment for Debts Secured by Home | $0.00 |
| Equals Net Mortgage/Rental Expense | $1,470.00 |
| Housing and Utilities Adjustment | $0.00 |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2013

# Underlying Allowances

In re: **Antonia Lynn Hillstrom**

Case Number:
Chapter:      **7**

| Local Standards: Transportation; Vehicle Operation/Public Transportation | |
|---|---|
| Transportation Region | **Chicago** |
| Number of Vehicles Operated | **0** |
| Allowance | **$182.00** |
| **Local Standards: Transportation; Additional Public Transportation Expense** | |
| Transportation Region | **Not applicable** |
| Allowance (if entitled) | **Not applicable** |
| Amount Claimed | **Not applicable** |

| Local Standards: Transportation; Ownership/Lease Expense | | |
|---|---|---|
| Transportation Region | **Chicago** | |
| Number of Vehicles with Ownership/Lease Expense | **0** | |
| | **First Car** | **Second Car** |
| Allowance | | |
| Minus Average Monthly Payment for Debts Secured by Vehicle | | |
| Equals Net Ownership / Lease Expense | | |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2013